**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**HOUSTON FLEETING SERVICES LLC**

**VERSUS**

**M/V YANGZE 7, her engines, tackle, apparel, bunkers, etc., *in rem*; Ladon Shipping Pte. Ltd.; Yangzijiang Shipping Pte. Ltd.; Shanghai Run Yuan Shipping Management Co., Ltd.**

**CIVIL ACTION**

**NO. 24-cv-2705**

**JUDGE**

**MAGISTRATE JUDGE**

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff Houston Fleeting Services LLC, and, in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.6 of the Local Rules hereby makes the following Corporate Disclosure Statement:

1. Plaintiff Houston Fleeting Services LLC is a non-governmental corporate entity and a party to this action;
2. Ingram Barge Company LLC owns 100% of Houston Fleeting Services LLC;
3. Ingram Barge Company LLC is a wholly-owned subsidiary of Ingram Industries Inc., a privately-held Tennessee corporation, and there are no publicly-held corporations that own any of its stock.

Respectfully submitted,

**LISKOW & LEWIS APLC**

*/s/ David L. Reisman*
David L. Reisman
State Bar No. 24039691
Federal ID No. 3591037
Elizabeth B. McIntosh
La. Bar No. 36575
Federal ID No. 3133917
LISKOW & LEWIS
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108
dreisman@liskow.com
ebmcintosh@liskow.com

Michael A. Golemi
State Bar No. 24047536
Fed. ID No. 559843
Jonas S. Patzwall
State Bar No. 24122915
Fed. ID No. 3712905
Elizabeth A. Strunk
State Bar No. 24047536
Fed. ID No. 3865286
1001 Fannin Street, Ste. 1800
Houston, TX 77002
Telephone: (713) 651-2900
Facsimile: (701) 651-2908
magolemi@liskow.com
jspatzwall@liskow.com
eastrunk@liskow.com

**ATTORNEYS FOR HOUSTON FLEETING SERVICES LLC**