**HOUSTON CHRONICLE**

**AFFIDAVIT OF PUBLICATION**

**STATE OF TEXAS:**

Before me, the undersigned authority, a Notary Public in and for the State of Texas, on this day personally appeared, a Newspaper Representative for the Hearst Newspapers, LLC – dba HOUSTON CHRONICLE, a newspaper published in Harris County, Texas, and generally circulated in the Counties of HARRIS, TRINITY, WALKER, GRIMES, POLK, SAN JACINTO, WASHINGTON, MONTGOMERY, LIBERTY, AUSTIN, WALLER, CHAMBERS, COLORADO, BRAZORIA, FORT BEND, GALVESTON, WHARTON, JACKSON, and MATAGORDIA and that the publication, of which the annexed herein, or attached to, is a true and correct copy, was published to wit.

---

**Royston, Rayzor, Vickery & Williams, LLP** **SIZE BEING : 3.22" x 5.65"**

**08/06/2024 Houston Chronicle**
**08/13/2024 Houston Chronicle**
**08/20/2024 Houston Chronicle**
**08/27/2024 Houston Chronicle**

Monica Mendoza
NEWSPAPER REPRESENTATIVE (signature)

Monica Mendoza
NEWSPAPER REPRESENTATIVE (printed)

Sworn and subscribed to before me, the 28 Day of August A.D. 2024

TAMIKA PERRY
Notary Public, State of Texas
Comm. Expires 06-06-2027
Notary ID 134344618

Notary Public in and for the State of Texas

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE THE COMPLAINT AND PETITION OF LADON SHIPPING PTE. LTD., AS OWNER OF THE VESSEL YANGZE 7, ITS ENGINES, TACKLE, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY** | § § § § § § § | **C.A. NO.4:24-cv-2759** |

**NOTICE TO CLAIMANTS OF COMPLAINT FOR**
**EXONERATION FROM OR LIMITATION OF LIABILITY**

**NOTICE IS HEREBY GIVEN** that Ladon Shipping Pte. Ltd. (hereinafter "Ladon" or "Petitioner"), as owner of the M/V YANGZE 7, its engines, tackle, etc., has filed a Complaint and Petition for Exoneration From or Limitation of Liability pursuant to 46 U.S.C. App. § 30501 et seq., and Rule F of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions, claiming the right to exoneration from or limitation of liability for all claims for loss, damage, death, injury or destruction allegedly caused, arising out of, or resulting in an incident on the navigable waters of the United States, while the M/V YANGZE 7 was in the Houston Ship Channel transiting inbound to Kinder Morgan Bulk Terminal to load a cargo of pet coke.

The M/V YANGZE 7, IMO Number 9718911, is a 2014 built bulk carrier flying the flag of the Republic of Liberia of approximately 36,426 gross tons. The voyage commenced from the Galveston Anchorage on or about 1000 hours LT on July 19, 2024, and terminated on the same day at Kinder Morgan Bulk Terminal. During the voyage, when the M/V YANGZE 7 was at or about Light 122, in the vicinity of the Lynchburg Ferry, the vessel was involved in an incident with the tug MISS PEGGY, resulting in the capsizing and sinking of the tug, and the death of one crew member aboard the tug with the other four tug crew members rescued from the water all as more fully set forth in the Complaint and Petition.

All persons, firms, corporations or other legal entities asserting claims with respect to which the Complaint and Petition seek limitation and/or exoneration are advised to file their respective claims under oath, as provided by Rule F(4) of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions of the Federal Rules of Civil Procedure, with the Clerk of Court at the United States District Courthouse, Southern District of Texas, Houston Division, 515 Rusk Street, Houston, Texas 77002, and to serve on the attorneys for Petitioner, Royston, Rayzor, Vickery & Williams, L.L.P., Kevin P. Walters, Richard A. Branca, Eugene W. Barr, and Dimitri P. Georgantas, 1415 Louisiana Street, Suite 4200, Houston, Texas 77002, a copy thereof, on or before the 30th day of December, 2024, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest either the right of exoneration from or the right to limitation of liability shall file and serve an answer to the Complaint on or before the above date unless his claim has included an Answer, all as required by Rule F(5) of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions.

Done at Houston, Texas, this 29th day of July, 2024.

UNITED STATES DISTRICT CLERK

By: Lisa Edwards
Deputy United States District Clerk

IPLHOU0053165