**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: THE COMPLAINT AND PETITION OF HOUSTON FLEETING SERVICES LLC, AS OWNER OF THE VESSEL, M/V MISS PEGGY, ITS ENGINE, TACKLES, ETC., IN THE CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § § § § § § § | IN ADMIRALTY<br><br>Case No. 4:24-cv-2705 c/w Case No. 4:24-cv-2739; Case No. 4:24-cv-2759; and Case No. 4:24-cv-2855 |

**ORDER ON EMERGENCY MOTION FOR CLARIFICATION OR**
**REFORMATION OF STAY ORDERS**

The Court has considered Claimant Karribian Scott, as personal representative of the Estate of Aquarius Lowman's, Motion for Clarification or Reformation of Stay Orders seeking clarification or reformation of the "Stay Orders," which include:  (1) the order issued on August 15, 2024 in *In the Matter of the Complaint of Houston Fleeting Services LLC as owner and operator of the M/V MISS PEGGY* [. . .]*, Petitioning for Exoneration from and/or Limitation of Liability*, Civil Action No. 4:24-cv-02855 (now consolidated with this action); and (2) the order issued on July 29, 2024 in *In re the Complaint and Petition of Ladon Shipping as Owner of the Vessel Yangze 7* [. . .], *in a Cause of Exoneration From or Limitation of Liability*, Civil Action No. 4:24-cv-02759 (now consolidated with this action).

1

Having considered the Motion and the relevant law, the Court ORDERS that the Stay Orders do not prevent anyone from pursuing claims in any forum against the vessel masters of the M/V YANGZE 7 and the M/V MISS PEGGY. Rather, the Stay Orders are limited to enjoining claims relating to the July 19, 2024 collision incident against the vessel owners of the M/V YANGZE 7 and the M/V MISS PEGGY, or against the vessel owners' property.

ORDERED ON: _____, 2026

_____
U.S. District Court Judge

2