United States District Court
Southern District of Texas
**ENTERED**
June 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: THE COMPLAINT AND PETITION OF HOUSTON FLEETING SERVICES LLC, AS OWNER OF THE VESSEL, M/V MISS PEGGY, ITS ENGINE, TACKLES, ETC., IN THE CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | § § § § § § § § | Case No. 4:24-CV-02705 c/w 4:24-CV-2855; 4:24-CV-02739; and 4:24-CV-02759 |

## MINUTE ENTRY ORDER

Before the Court is Claimant Scott's, as personal representative of the Estate of Aquarius Lowman, emergency motion for clarification or reformation of stay orders. ECF No. 174. Petitioners shall file a response to the motion by June 11, 2026.

**IT IS SO ORDERED.**

Signed at Houston, Texas, on June 9, 2026.

_____
**Dena Hanovice Palermo
United States Magistrate Judge**