# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| HOUSTON FLEETING SERVICES LLC § § § | IN ADMIRALTY |
| VERSUS § § § § | |
| M/V YANGZE 7, her engines, tackle, apparel, bunkers, etc., in rem; Ladon Shipping Pte. Ltd.; Yangzijiang Shipping Pte. Ltd.; Shanghai Run Yuan Shipping Management Co., Ltd. § § § § § § § | Case No. 4:24-cv-2705 c/w Case No. 4:24-cv-2739; Case No. 4:24-cv-2759; and Case No. 4:24-cv-2855 |

## HOUSTON FLEETING SERVICES LLC'S OBJECTIONS TO KARRIBIAN SCOTT'S, AS PERSONAL REPRESENTATIVE OF AQUARIUS LOWMAN'S ESTATE, EXHIBIT LIST

Petitioner Houston Fleeting Services LLC ("HFS") respectfully offers the following Objections to Karribian Scott's, as personal representative of Aquarius Lowman's Estate, Exhibit List (Dkt. 184-3), in accordance with the Honorable Charles R. Eskridge III's Court Procedures, No. 22, as follows:

| Exhibit No. | Description | Objection |
|---|---|---|
| | Gerald Nielsen- CV (000329-000330 NIELSEN) | Fed. R. Evid. 403, 801, 802. |
| | Dr. Alan Steinman- CV (000369-000381 STEINMAN) | Fed. R. Evid. 403, 801, 802. |
| | Capt. C. Ramos- CV (000402-000404 RAMOS) | Fed. R. Evid. 403, 801, 802. |
| | Capt. Nicholas J. Lewis- CV | Fed. R. Evid. 403, 801, 802. |

| | | |
|---|---|---|
| | IRS – Wage & Income – Aquarius Lowman (000001-000046 SCOTT) | Fed. R. Evid. Rule 401, 402. |
| | Social Security Statement for Mr. Lowman (00055-60 SCOTT) | Fed. R. Evid. Rule 401, 402. |
| | SSI-Survivor (Kamiyah) (00072 SCOTT) | Fed. R. Evid. Rule 401, 402. |
| | SSI – Survivor (Aquarius Jr.) (00073 SCOTT) | Fed. R. Evid. Rule 401, 402. |
| | Kamiyah Lowman-Birth Certificate (000074 SCOTT) | Fed. R. Evid. Rule 401, 402. |
| | Jaquieul Lowman Aquarius Jr. Birth Certificate (000075 SCOTT) | Fed. R. Evid. Rule 401, 402. |
| | Photos of MISS PEGGY produced by HFS | HFS objects as the description does not specifically identify a particular document or set of documents to which HFS can provide a proper objection.  HFS reserves the right to object once proper identification has been provided. |
| | U.S. Coast Guard's Houston Vessel Traffic System (VTS) data concerning incident | HFS objects as the description does not specifically identify a particular document or set of documents to which HFS can provide a proper objection.  HFS reserves the right to object once proper identification has been provided. |

Respectfully submitted,

*/s/ David L. Reisman* (by permission)
David L. Reisman
Attorney in Charge
State Bar No.24039691
Federal ID No. 3591037
LISKOW & LEWIS
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 581-7979
Fax No. (504) 556-4108
E-mail: dreisman@liskow.com

**ATTORNEY FOR HOUSTON FLEETING SERVICES LLC**

**OF COUNSEL:**

**LISKOW & LEWIS**
Michael A. Golemi
State Bar No. 24047536
Fed. ID No. 559843
Jonas S. Patzwall
State Bar No. 24122915
Fed. ID No. 3712905
Elizabeth A. Strunk
State Bar No. 24139978
Fed. ID No. 3865286
1001 Fannin Street, Ste. 1800
Houston, TX 77002
Telephone: (713) 651-2900
Facsimile: (701) 651-2908
Email: magolemi@liskow.com
Email: jspatzwall@liskow.com
Email: eastrunk@liskow.com

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic mail and/or by the CM/ECF system this 17th day of July, 2026.

> */s/ Elizabeth A. Strunk*
> Elizabeth A. Strunk

## CERTIFICATE OF CONFERENCE

Counsel for HFS certifies that they conferred by telephone on July 16, 2023 with counsel for Karribian Soctt, as representative of Aquarius Lowman's Estate. While counsel for the parties conferred in good faith, they did not come to an agreement on the objections herein.

> */s/ Elizabeth Strunk*
> Elizabeth A. Strunk