**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **Houston Fleeting Services LLC** | § | |
| | § | |
| **v.** | § | **C.A. No. 4:24-cv-2705** |
| | § | **(lead case as consolidated with** |
| **M/V YANGZE 7, her engines, tackle,** | § | **4:24-cv-2855,** |
| **apparel, etc., *in rem*; Ladon Shipping** | § | **4:24-cv-2739, and** |
| **Pte. Ltd.; Yangzijiang Shipping Pte.** | § | **4:24-cv-2759)** |
| **Ltd.; and Shanghai Run Yuan Shipping** | § | **IN ADMIRALTY** |
| **Management Co., Ltd.** | § | |

**PETITIONER/CLAIMANT LADON SHIPPING PTE. LTD.'S
<u>OBJECTIONS TO TRIAL EXHIBIT LISTS</u>**

Pursuant to Rule 26(a)(3)(B) of the Federal Rules of Civil Procedure and Sections 22(d) and 23(c) of the Court's Procedures, Petitioner/Claimant Ladon Shipping Pte. Ltd. ("Ladon") files its objections to the trial exhibit lists filed with the Joint Pretrial Order on July 10, 2026.

Ladon does not object to any exhibit that also appears on Ladon's own exhibit list (Doc. 184-2), and nothing below should be read to the contrary. By declining to object to an exhibit now, Ladon does not concede that the exhibit is relevant, authentic, or admissible if offered by another party for another purpose, and Ladon reserves all objections under Rules 402 and 403 of the Federal Rules of Evidence, which are not waived by omission from pretrial objections. FED. R. CIV. P. 26(a)(3)(B).

# I.
## OBJECTIONS TO HFS'S TRIAL EXHIBIT LIST
### Doc. 184-1

**General Objection.** Ladon objects generally to the form of HFS's Exhibit Nos. 1–665. None of these 665 entries contains any description of a document, document type, date, or author. Each states Bates numbers and nothing else. Exhibit Nos. 1–127 re-list all but six pages of Ladon's entire document production in sequential Bates blocks, which is akin to a wholesale reproduction of discovery rather than an identification of trial exhibits. Of the remaining entries, several hundred cite only a single Bates label, with no end range, leaving Ladon to guess whether the exhibit is that one page or the longer document that begins there. Ladon requests that HFS serve a conforming list stating, for each exhibit, a description and the complete Bates range, and reserves all specific objections—including authenticity, hearsay, and completeness under Federal Rule of Evidence 106—until HFS identifies each exhibit with reasonable particularity. Without waiving this general objection, Ladon states the specific objections below based on its own review of the documents bearing the cited labels.

| Exhibit No. | Description | Objection |
|---|---|---|
| 608 | HFS006878 (Health Insurance Claim Form) | Not relevant to the triable issues of negligence, seaworthiness, privity and knowledge, and apportionment. *See* Doc. 140; Fed. R. Evid. 401-403. |
| 609–610 | HFS006962–006963 (Payment Ledgers) | Not relevant, and evidence of "furnishing, promising to pay, or offering to pay medical, hospital, or similar expenses occasioned by an injury" is "not admissible to prove liability for the injury." Fed. R. Evid. 409; Fed. R. Evid. 401–403. |

| Exhibit No. | Description | Objection |
|---|---|---|
| 611–613 | HFS006964–006966 (Form W-4 withholding certificates) | Not relevant to the triable issues of negligence, seaworthiness, privity and knowledge, and apportionment. *See* Doc. 140; Fed. R. Evid. 401-403. |
| 640 | HFS007693 (HelpGuide.org article, "Coping with Grief and Loss"). | Not relevant to the triable issues of negligence, seaworthiness, privity and knowledge, and apportionment. *See* Doc. 140; Fed. R. Evid. 401-403. |
| 641 | HFS007703 (Ingram Marine Group weekly employee newsletter) | Not relevant to the triable issues of negligence, seaworthiness, privity and knowledge, and apportionment. *See* Doc. 140; Fed. R. Evid. 401-403. |
| 648 | HFS007747 (state child-support employee-information form) | Not relevant to the triable issues of negligence, seaworthiness, privity and knowledge, and apportionment. *See* Doc. 140; Fed. R. Evid. 401-403. |
| 659 | HFS008296–8332 (T&T Marine Salvage invoice) | Salvage costs are damages evidence and not relevant to the issues of negligence, seaworthiness, privity and knowledge, and apportionment. *See* Doc. 140; Fed. R. Evid. 401-403. Ladon does not object to salvage planning documents bearing on the casualty itself. |
| 668 | ABS Record Data for MISS PEGGY | The proposed exhibit cites no Bates number, date, and no description beyond "ABS Record Data for MISS PEGGY." While ABS is assumed to be "American Bureau of Shipping," Ladon cannot determine what this exhibit is. Ladon reserves its objections until the exhibit is identified with reasonable particularity. |
| 672–674, 676, 678–680, 684, 685 | Various Publications and Treatises | Hearsay. If established as reliable authorities, statements from them may be read into evidence through an expert, but "[i]f admitted, the statement may be read into evidence but not received as an exhibit." Fed. R. Evid. 803(18); Fed. R. Evid. 802. |
| 667 | "HP Rules and Regulations, adopted June 26, 2025" | The edition identified post-dates the July 19, 2024 casualty by nearly a year. Rules not in force at the time of the collision are irrelevant. Fed. R. Evid. 401–403. |

67266:55149494

3

| Exhibit No. | Description | Objection |
|---|---|---|
| 688–692 | Expert reports of Capt. Duzich, Capt. Breathwit, and Mr. Martyn, with rebuttals and enclosures | An expert report "is a discovery tool, but it is not testimony—it is hearsay," and "[a]bsent agreement by all parties, no expert reports will be admitted at trial." *Trinseo, S.A. v. Harper*, 2023 WL 8283186, at *2 (S.D. Tex. Nov. 30, 2023).<br><br>Ladon remains willing to agree to the mutual receipt of all parties' expert reports on equal terms in this bench trial. Absent that agreement, no party's reports—including Ladon's—should be received as exhibits. |

## II.
## OBJECTIONS TO SCOTT/LOWMAN'S TRIAL EXHIBIT LIST
### Doc. 184-3

**General Objection.** Ladon objects to the exhibit list as current constituted as it assigns no exhibit numbers. Ladon requests a numbered list so that objections and rulings can be tracked at trial.

| Exhibit Description | Objection |
|---|---|
| Dr. Alan Steinman- CV (000369-000381 STEINMAN) | Dr. Steinman appears on no party's witness list and his testimony is not relevant to the triable issues of negligence, seaworthiness, privity and knowledge, and apportionment. *See* Doc. 140; Fed. R. Evid. 401-403. |
| IRS Wage & Income records for Mr. Lowman (SCOTT 000001–000046); Social Security Statement (SCOTT 000055–000060); SSI survivor documents (SCOTT 000072, 000073); the two birth certificates (SCOTT 000074, 000075); and the personal photographs (SCOTT 000047–000054). | Irrelevant to the triable issues which the Exhibit List's own preamble concedes are "negligence, seaworthiness, privity, knowledge, and apportionment of fault." *See* Doc. 184-3 at 1; Doc. 140; Fed. R. Evid. 401-403. |

67266:55149494

4

| Exhibit Description | Objection |
|---|---|
| "Photos of MISS PEGGY produced by HFS" and "U.S. Coast Guard's Houston VTS data concerning incident." | No Bates range or other identification is given and therefor eLadon cannot determine what is intended. Fed. R. Civ. P. 26(a)(3)(A)(iii). Ladon reserves all objections pending identification by Bates number |

### III.
### OBJECTIONS TO DOYLE'S TRIAL EXHIBIT LIST
### Doc. 184-4

**General Objection.** Ladon objects to the exhibit list as current constituted as exhibit numbers 52 through 56 are used three separate times for different documents. Ladon requests a correct, sequentially numbered list so the record at trial is workable.

### IV.
### RESERVATION

Ladon reserves objection to any exhibit or witness not properly identified; to any late-identified exhibit or witness; and to the use of any exhibit for a purpose other than the purpose for which it is admitted.

67266:55149494                                    5

Respectfully submitted,

By: */s/ Kevin P. Walters*

    Kevin P. Walters
    State Bar No. 20818000
    Federal I.D. No. 5649
    kevin.walters@roystonlaw.com
    Richard A. Branca
    State Bar No. 24067177
    Federal I.D. No. 828076
    richard.branca@roystonlaw.com
    Eugene W. Barr
    State Bar No. 24059425
    Federal I.D. No. 1144784
    eugene.barr@roystonlaw.com
    Dimitri P. Georgantas
    State Bar No. 07805100
    Federal I.D. No. 2805
    dimitri.georgantas@roystonlaw.com
    Blake E. Bachtel
    State Bar No. 24116055
    Federal I.D. No. 3479533
    blake.bachtel@roystonlaw.com
    1415 Louisiana Street, Suite 4200
    Houston, Texas 77002
    Telephone:   (713) 224-8380
    Facsimile:   (713) 225-9945

    **ATTORNEYS FOR PETITIONER**
    **LADON SHIPPING PTE. LTD.**

67266:55149494

6