**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HOUSTON FLEETING SERVICES, LLC, Plaintiff, | § § § | CIVIL ACTION NUMBER 4:24-cv-02705 |
| | § § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § § | |
| M/V YANGZE, HER ENGINES, TACKLE, APPAREL, BUNKERS, ETC, IN REM, *et al,* Defendants. | § § § § § | |

**MINUTE ENTRY AND ORDER**

Minute entry for DOCKET CALL before Judge Charles Eskridge on August 17, 2026. All parties present and represented by counsel.

1. Settlement status

The Court addressed the potential for settlement.

The parties advised that discussions are ongoing, and that some claimants have settled.

The parties were ORDERED to submit a joint status report on how best to proceed on further mediation, given the remaining disputes between Plaintiff and Defendants, and between them with remaining claimants.

Such report must be filed by August 21, 2026.

The parties are ADVISED that they will be required to pursue further mediation of this matter before it will be set for trial.

2. Joint pretrial order

The Court addressed the joint pretrial order. Dkt 184.

*As to the potential invocation of the Fifth Amendment,* the parties were advised that there will be a date set in proximity to the trial setting by which members of the crew of the Yangze 7 must either be produced for deposition or be barred from testimony at trial.

*As to (i) the recent report filed by the National Transportation Safety Board, and (ii) the listing of a non-disclosed corporate representative by Defendant Ladon Shipping Pte Ltd,* it was ORDERED that any motions to exclude must be filed by September 8, 2026.

*As to the potential resolution of contested issues of law,* the parties were ORDERED to confer as to whether any might be resolved by motion practice in advance of trial, and to file a joint status report in that respect by September 8, 2026.

The parties were ORDERED to make a supplemental filing to clarify certain contested issues of law. Dkt 184 at 39 ¶¶26–27.

The parties may request further conference at any time.

SO ORDERED.

Signed on August 17, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge