**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **HOUSTON FLEETING SERVICES LLC** | § | **IN ADMIRALTY** |
| | § | |
| | § | **Case No. 4:24-cv-2705** |
| **VERSUS** | § | **c/w Case No. 4:24-cv-2739;** |
| | § | **Case No. 4:24-cv-2759; and** |
| **M/V YANGZE 7, her engines, tackle, apparel, bunkers, etc., *in rem*; Ladon Shipping Pte. Ltd.; Yangzijiang Shipping Pte. Ltd.; Shanghai Run Yuan Shipping Management Co., Ltd.** | § § § § § | **Case No. 4:24-cv-2855** |

**CLAIMANT MARK DOYLE'S JOINDER IN HOUSTON FLEETING SERVICES LLC'S OPPOSITION TO THE MOTION OF NON-PARTY CAPT. LIU TAO AND LADON SHIPPING PTE. LTD.**

Claimant Mark Doyle joins Houston Fleeting Services LLC's Opposition (Dkt. 223) to the motion of non-party Capt. Liu Tao and Ladon Shipping Pte. Ltd. (Dkt. 218), and adopts its arguments, authorities, and requested relief.

Captain Doyle adds one fact to HFS's opposition: he never invoked the Fifth Amendment. Capt. Liu Tao cited a potential criminal investigation as his reason for invoking the Fifth Amendment. Dkt. 218 at 2–3. Captain Doyle never invoked it; he sat for his deposition and answered every question put to him. For more than two years, only one captain declined to answer for his conduct that day, and it was not Captain Doyle.

The motion should be denied.

Respectfully submitted,

**ADAM DAVIS LAW FIRM**

By: */s/ Ryan J. Vechan*
Adam Neely Davis
LA Bar No. 35740
Federal No. 3326484
Email: ad@adamdavislawfirm.com
Ryan James Vechan
Texas Bar No. 24093298
Federal No. 2553512
Email: ryan@adamdavislawfirm.com
22398 HWY 435
Abita Springs, Louisiana 70420
Telephone: 504-553-1435
Facsimile: 504-553-1439

**ATTORNEYS FOR CLAIMANT DOYLE**

## CERTIFICATE OF SERVICE

This is to certify that on October 21, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all participating counsel of record.

/s/ Ryan J Vechan
Ryan J. Vechan